UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BOULET REHABILITATION SERVICES INC** | **CASE NO.  6:21-CV-00642** |
| **VERSUS** | **JUDGE JUNEAU** |
| **STATE FARM FIRE & CASUALTY CO** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

Before this Court is a motion to dismiss filed by defendant State Farm Fire & Casualty Co. (Rec. Doc. 12). This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion to dismiss filed by defendant (Rec. Doc. 12), is GRANTED and, accordingly, all claims by Plaintiff in this suit are DENIED and DISMISSED without prejudice.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 9th day of November, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE